UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIA JUAREZ, et al.,<br><br>    Plaintiffs,<br><br>  -vs-<br><br>STATE FARM FIRE AND CASUALTY COMPANY; JONATHAN COLE and JANE DOE COLE; and TRAVIS STEFFLER and JANE DOE STEFFLER,<br><br>    Defendants. | NO.  CV-10-0064-LRS<br><br>ORDER DENYING DEFENDANTS' JOINT MOTION TO DISMISS AS MOOT |

   BEFORE THE COURT is Defendants' Joint Motion to Dismiss, Ct. Rec. 20, filed August 5, 2010 and noted without oral argument on September 24, 2010.  Based on the stipulations of plaintiffs and defendants (Ct. Recs. 27, 28) filed September 15, 2010,  and the court's subsequent "Order of Dismissal as to Defendant State Farm Fire & Casualty Company," Ct. Rec. 29, entered on September 20, 2010, the instant motion is rendered moot. The dismissal of Defendant State Farm leaves no pending claims that would give this Court original federal-question jurisdiction over this matter. Pursuant to paragraph 5 of the "Stipulation For Partial Voluntary Dismissal Without Prejudice," Ct. Rec. 28, and paragraph 5 of the "Stipulation and Order of Dismissal With Prejudice as to Defendant State Farm Fire & Casualty Company Only," Ct. Rec. 27, the parties agree that

ORDER

the remaining claims against the Cole and Steffler defendants alleged in plaintiffs' Complaint would be properly adjudicated in an appropriate Washington state court, and that all remaining parties wish to have those claims adjudicated in state court.

**IT IS HEREBY ORDERED** that Defendants' Joint Motion to Dismiss, Ct. Rec. 20, filed August 5, 2010 is **DENIED as MOOT**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE FILE**.

**DATED** this 28th day of September, 2010.

*s/Lonny R. Suko*

LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER