PAUL L. KIRKPATRICK
PATRICK W. HARWOOD
CAITLIN A. GREGG
KIRKPATRICK & STARTZEL, P.S.
S. 1717 Rustle, Suite 102
Spokane, WA 99224
(509) 455-3647

*Honorable Lonny R. Suko*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| MARIA JUAREZ; and D.R., a minor, | |
|---|---|
| Plaintiffs, | NO. CV-10-064-LRS |
| vs. | {PROPOSED} ORDER OF DISMISSAL OF DEFENDANTS TRAVIS STEFFLER AND JANE DOE STEFFLER ONLY RELATING TO THE CLAIMS OF PLAINTIFFS MARIA JUAREZ AND D.R., A MINOR |
| STATE FARM FIRE AND CASUALTY COMPANY; JONATHAN COLE AND JANE DOE COLE, a marital community; and TRAVIS STEFFLER AND JANE DOE STEFFLER, a marital community, | |
| Defendants. | |

{PROPOSED}
ORDER OF DISMISSAL OF DEFENDANTS
TRAVIS STEFFLER AND JANE DOE STEFFLER
ONLY RELATING TO THE CLAIMS OF
PLAINTIFFS MARIA JUAREZ AND D.R., A
MINOR : 1

KIRKPATRICK & STARTZEL, P.S.
ATTORNEYS AT LAW
1717 S. Rustle, Ste. 102
Spokane, Washington 99224
Telephone (509) 455-3647

THE COURT having reviewed the stipulated motion of the parties to dismiss the foregoing action, and having reviewed the file and records herein, IT IS HEREBY ORDERED, that the above-entitled action be and the same is hereby dismissed with prejudice and without costs to any party AS TO DEFENDANT TRAVIS STEFFLER AND JANE DOE STEFFLER ONLY relating to the claims of Plaintiffs Maria Juarez, and D.R., a minor.

DONE IN OPEN COURT this __10th__ day of __December__, 2010.

s/Lonny R. Suko
_____
JUDGE LONNY R. SUKO

| Presented By: | Approved as to form and content; Notice of Presentment waived by: |
|---|---|
| KIRKPATRICK & STARTZEL, P.S. | DELGADO LAW FIRM PLLC |
| By: _____ | By: _____ |
| PAUL L. KIRKPATRICK, WSBA 16491 | RONALDO P. DELGADO WSBA 18873 |
| Attorneys for Defendants | Attorneys for Plaintiffs |

{PROPOSED}
ORDER OF DISMISSAL OF DEFENDANTS TRAVIS STEFFLER AND JANE DOE STEFFLER ONLY RELATING TO THE CLAIMS OF PLAINTIFFS MARIA JUAREZ AND D.R., A MINOR : 2

KIRKPATRICK & STARTZEL, P.S.
ATTORNEYS AT LAW
1717 S. Rustle, Ste. 102
Spokane, Washington 99224
Telephone (509) 455-3647

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2010 I caused to be served a true and correct copy of the preceding document to the following attorneys of record as follows:

| | |
|---|---|
| William C. Smart<br>Keller Rohrback LLP<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br><br>Co-Counsel for Plaintiff | ☐ Hand Delivery<br>☐ U.S. Mail<br>☐ Overnight Mail<br>☐ Fax Transmission 206-623-3384<br>☒ Electronic Filing |
| Ronaldo P. Delgado<br>Delgado Law Firm PLLC<br>P.O. Box 2090<br>Moses Lake, WA 98837<br><br>Co-Counsel for Plaintiff | ☐ Hand Delivery<br>☐ U.S. Mail<br>☐ Overnight Mail<br>☐ Fax Transmission 509-765-0548<br>☒ Electronic Filing |
| M. Colleen Barrett<br>Barrett & Worden, P.S.<br>2101 4th Avenue, Suite 700<br>Seattle, WA 98121<br><br>Co-Counsel for Defendant State Farm | ☐ Hand Delivery<br>☐ U.S. Mail<br>☐ Overnight Mail<br>☐ Fax Transmission 206-436-2030<br>☒ Electronic Filing |

[PROPOSED]
ORDER OF DISMISSAL OF DEFENDANTS TRAVIS STEFFLER AND JANE DOE STEFFLER ONLY RELATING TO THE CLAIMS OF PLAINTIFFS MARIA JUAREZ AND D.R., A MINOR : 3

KIRKPATRICK & STARTZEL, P.S.
ATTORNEYS AT LAW
1717 S. Rustle, Ste. 102
Spokane, Washington 99224
Telephone (509) 455-3647

| | |
|---|---|
| Scott C. Wakefield<br>Todd & Wakefield<br>1501 Fourth Avenue, Suite 1700<br>Seattle, WA 98101<br><br>Co-Counsel for Defendant State Farm | ☐ Hand Delivery<br>☐ U.S. Mail<br>☐ Overnight Mail<br>☐ Fax Transmission 206-583-8980<br>☒ Electronic Filing |
| Kathleen H. Paukert<br>Paukert & Troppmann, PLLC<br>522 West Riverside Avenue,<br>  Suite 560<br>Spokane, WA 99201<br><br>Counsel for Defendant Cole | ☐ Hand Delivery<br>☐ U.S. Mail<br>☐ Overnight Mail<br>☐ Fax Transmission 232-7762<br>☒ Electronic Filing |

*Nancy A. Newman*
of Kirkpatrick & Startzel, P.S.

F:\paul\CASES\Steffler\Prop.Order.Stip.MT.Dism.wpd

---

{PROPOSED}
ORDER OF DISMISSAL OF DEFENDANTS
TRAVIS STEFFLER AND JANE DOE STEFFLER
ONLY RELATING TO THE CLAIMS OF
PLAINTIFFS MARIA JUAREZ AND D.R., A
MINOR : 4

KIRKPATRICK & STARTZEL, P.S.
ATTORNEYS AT LAW
1717 S. Rustle, Ste. 102
Spokane, Washington 99224
Telephone(509) 455-3647